CH 3

RECEIVED
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Toylee Stanley Jr.

V.

Cook County Department of Correction

Defendant(s)

08cv4273
JUDGE ZAGEL
MAG. JUDGE KEYS

## COMPLAINT

1) On November 26, 2007 I was incarcirated at The cookcounty Jail Department of correction. I was released on January 23, 2007 However my property was not returned to me.

2) Since my property wasn't returned I had no coat. I was given clothing out of what was reffered to as The Poor Box, But was put on Notice That there were no coats or boots and no hats. I was put out of Cook County Jail Department of correction with no coat, hat, Boots. Temp was well below zero.

3) I'm seeking $750,000.00

Toylee Stanley Jr.
1727 Grey Ave.
Evanston, IL. 60201