08cv4273
JUDGE ZAGEL
MAG. JUDGE KEYS

DISTRICT COURT ~~~~~~~~~~~~~~ OF ILLINOIS

**FILED**
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Toylee Stanley Jr
(Please print)

STREET ADDRESS: 1727 Grey Ave.

CITY/STATE/ZIP: Evanston, Il. 60201

PHONE NUMBER: (773) 606-5643

CASE NUMBER: _____

_Taylee Stanley Jr_
Signature

7/29/08
Date