# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4273 | **DATE** | August 14, 2008 |
| **CASE TITLE** | TOYLEE STANLEY JR. v. COOK COUNTY DEPARTMENT OF CORRECTIONS | | |

**DOCKET ENTRY TEXT:**

The petition for leave to file *in forma pauperis* is granted.
The case is dismissed as frivolous.

## STATEMENT

The claim belongs in state court. There is no federal claim here. It is alleged that state officials failed to return property they had taken from Plaintiff. This is a claim for which state courts offer an appropriate remedy. I also note that this complaint may be time-barred since the failure to return property occurred more than one year prior to filing the complaint, but I leave this issue to state courts. Finally, Plaintiff has filed against a defendant that is not amenable to suit under federal law.